1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7           IN THE UNITED STATES DISTRICT COURT FOR

8              THE EASTERN DISTRICT OF CALIFORNIA

9                          AT FRESNO

10 ALVARO MIRANDA            )
                             )   Civil Action No. 1:04-cv-06607 OWW SMS
11                           )
        Plaintiff,           )   STIPULATION AND ORDER
12                           )
   vs.                       )
13                           )
   JO ANNE B. BARNHART,      )
14 Commissioner of Social    )
   Security,                 )
15                           )
        Defendant.           )
16 _____    )

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until June 27, 2005, in which to serve

20 Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed,

21 November 24, 2004, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

| | | |
|---|---|---|
| 1 | Dated: May 31, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, Attorney for Plaintiff. |
| 3 | Dated: May 31, 2005 | |
| 4 | | MCGREGOR SCOTT United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan (as authorized via facsimile) KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |
| 8 | IT IS SO ORDERED. | |
| 9 | Dated: June 1, 2005 | |
| 10 | | /s/ Sandra M. Snyder SANDRA M. SNYDER United States Magistrate Judge |