1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                            AT FRESNO

10 ALVARO MIRANDA          )
                           )       Civil Action No. 1:04-cv-06607 OWW-SMS
11                         )
          Plaintiff,       )       STIPULATION AND ORDER
12                         )
   vs.                     )
13                         )
   JO ANNE B. BARNHART,    )
14 Commissioner of Social  )
   Security,               )
15                         )
          Defendant.       )
16 _____ )

17

18        IT IS HEREBY STIPULATED by and between the parties as follows: that appellant

19 be granted a 30 day extension of time, until September 29, 2005, in which to file and serve

20 Plaintiff's Opening brief.  All remaining actions under the scheduling order filed, November

21 24, 2004, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27

28

1 | Dated:  August 30, 2005      /s/ Gina Fazio

2      GINA FAZIO,
Attorney for Plaintiff.

3

Dated: August 30, 2005

4      MCGREGOR SCOTT
United States Attorney

5

     By: /s/ Kristi C. Kapetan
6      (as authorized via facsimile)
KRISTI C. KAPETAN
7      Assistant U.S. Attorney

8      IT IS SO ORDERED.

9 Dated:  9/6/2005

10

     /s/ Sandra M. Snyder
11      SANDRA M. SNYDER
United States Magistrate Judge