1 Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 P.O. Box 26360
Fresno, California 93729
3 (559) 264-2800

4 Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| ALVARO MIRANDA ) | |
| ) | Civil Action No. 1:04-cv-06607 OWW SMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 10 day extension of time, until October 10, 2005 *, in which to file and serve Plaintiff's Opening brief. Counsel requests this additional extension due to her large case volume. All remaining actions under the scheduling order filed, November 24, 2004, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

1 | Dated:  September 29, 2005           /s/ Gina Fazio

2 |                                       GINA FAZIO,
                                          Attorney for Plaintiff.

3 | Dated: September 29, 2005

4 |                                       MCGREGOR SCOTT
                                          United States Attorney

5 |
                                          By: /s/ Kristi C. Kapetan
6 |                                       (as authorized via facsimile)
                                          KRISTI C. KAPETAN
7 |                                       Assistant U.S. Attorney

8 |        IT IS SO ORDERED.
   | *Parties selected a date that the Court is closed.  Plaintiff's Opening Brief filed and served
9 | by 10/11/2005.

10 | Dated: 10/3/2005

11 |
                                           /s/ Sandra M. Snyder
12 |                                       SANDRA M. SNYDER
                                           United States Magistrate Judge