1 McGREGOR W. SCOTT
  United States Attorney
2 KRISTI C. KAPETAN
  Assistant U.S. Attorney
3 3654 Federal Building
  1130 "O" Street
4 Fresno, California 93721
  Telephone: (559) 498-7316
5
  Attorneys for Defendant
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10
   ALVARO MIRANDA,              )    1:04-cv-06607 OWW SMS
11                              )
              Plaintiff,        )    STIPULATION AND ORDER
12                              )    TO EXTEND TIME
                                )
13            v.                )
                                )
14 JO ANNE B. BARNHART,         )
   Commissioner of Social       )
15 Security,                    )
                                )
16            Defendant.        )
   _____)
17

18      The parties, through their respective counsel, stipulate

19 that defendant's time to respond to plaintiff's opening brief be

20 extended from November 14, 2005 to December 14, 2005.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28
                                   1

1  This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

                                    Respectfully submitted,

Dated: November 9, 2005
                                    /s/ Gina M. Fazio
                                    (as authorized via facsimile)
                                    /s/ GINA M. FAZIO
                                    Attorney for Plaintiff


Dated: November 9, 2005             McGREGOR W. SCOTT
                                    United States Attorney



                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney



IT IS SO ORDERED:


Dated: 12/1/2005                     /s/ Sandra M. Snyder
                                    THE HONORABLE SANDRA M. SNYDER
                                    United States Magistrate Judge

2