IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO MIRANDA,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:04-cv-06607 (JKS)<br><br><br>JUDGMENT IN A CIVIL CASE |

The Court having entered its Memorandum Decision of even date herewith disposing of all issues raised,

IT IS ORDERED, ADJUDGED AND DECREED

that the decision of the Commissioner is REVERSED and REMANDED with directions to expand the record to the extent necessary and properly reweigh the opinion of the treating physician and the testimony of the claimant in accordance with *Orn v. Astrue*, 495 F.3d 625 (9th Cir. 2007), and *Lingenfelter v. Astrue*, No. 04-56934, — F.3d —, 2007 WL 2874403 (9th Cir. 2007).

| Approved by: | Entered by: |
|---|---|
| /s/ James K. Singleton, Jr.<br>**JAMES K. SINGLETON, JR.**<br>United States District Judge<br><br>ENTERED: October 5, 2007 | Victoria C. Minor<br>Clerk of Court |

　　　　　　　　　　　　　　　　　　by:　/s/ A. Gil-Garcia
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk